# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Purchased/Filed: May 24, 2022
Case: 1:22-CV-03029-

*Kareem Nelson* — Plaintiff(s)

against

*PRATT PIZZA INC. d/b/a Liberty Pizza et al* — Defendant(s)

STATE OF NEW YORK
COUNTY OF Nassau       SS.:

__Juliya Maiouchkina__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __June 7, 2022__, at __9:00 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Complaint for Injunctive Relief, Individual Practice Rules of Judge Diane Gujarati, Individual Practice Rules of Magistrate Judge Peggy Kuo, Initial Conference Order on

__PRATT PIZZA INC. d/b/a Liberty Pizza__, the Defendant in this action, by delivering to and leaving with __Nancy Dougherty__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY 12210.

__2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section 306 Business Corporation Law .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __63__   Approx. Wt: __130 lbs__   Approx. Ht: __5'4"__
Color of skin: __White__   Hair color: __Brown__   Sex: __Female__   Other: _____

Sworn to before me on this
__7th__ day of June 2022

ALEXANDER JAMES
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01JA6029931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 30, 2025

Juliya Maiouchkina
**Attny's File No.**
Invoice•Work Order # 1649843

*EXECUTIVE ATTORNEY SERVICE. INC. 585 STEWART AVE. STE LL16. GARDEN CITY. NY 11530 516-333-3447 LIC#*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Kareem Nelson
Plaintiff(s),

vs.

PRATT PIZZA INC. d/b/a Liberty Pizza et al
Defendant(s).

ATTORNEY: BASHIAN PAPANTONIOU P.C.

CASE: 1:22-CV-03029-DG-PK

DATE OF FILING: 05/24/2022

JUDGE: MAGISTRATE JUDGE PEGGY KUO
COURT DATE: 08/30/2022

**AFFIDAVIT OF MAILING**

STATE OF New York: COUNTY OF Nassau   ss:

I, Erica Jim, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

On **6/7/2022**, I served a true copy of the **Summons in a Civil Action, Complaint for Injunctive Relief, Individual Practice Rules of Judge Diane Gujarati, Individual Practice Rules of Magistrate Judge Peggy Kuo, Initial Conference Order** by mailing the same in a sealed envelope by First Class Certified Mail, with postage prepaid thereon, in a post office or official depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

PRATT PIZZA INC. d/b/a Liberty Pizza
482 Myrtle Avenue, Brooklyn, NY 11205-2522

The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the addressee(s).

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.



_____
Erica Jim

Sworn to before me this
June ___7___ 2022

ALEXANDER JAMES
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01JA6029931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 30, 2025

Executive Attorney Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic# 1422060
Case No: 1649844